# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2010

Marilyn Kelly,
Chief Justice

141731 & (17)

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                     SC: 141731
                                     COA: 298489
MARTY ALAN FRENCH,
       Defendant-Appellant.
                                     Allegan CC: 08-015960-FC

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the July 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2010

_____
Clerk

y1221